UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TICHAFA K. MURIMIRWA,

Plaintiff,

v.

FAIRVIEW UNIVERSITY MEDICAL CENTER,

Defendant.

Civil 01-764 (PAM/JGL)

**ORDER**

---

Plaintiff has filed a complaint alleging that Defendant violated his rights under the federal civil rights laws. (Docket No. 1.) His complaint was accompanied by an application for leave to proceed in forma pauperis, ("IFP"), (Docket No. 2), which is now before the Court.

Plaintiff's IFP application shows that he is currently employed and that his "take-home" pay is approximately $600 per month. The IFP application further indicates that Plaintiff is receiving certain scholarship benefits and student loans, which, combined with his employment earnings, allows him to meet all of his normal living expenses. The IFP application also shows that Plaintiff has a mutual fund with a value of $3156.52, a savings bond with a value of $1000, a certificate of deposit with a value of $3000, and a bank account with a current balance of $627.86.

In light of Plaintiff's current financial circumstances, as outlined in his IFP application, the Court cannot conclude that he is indigent. He has not adequately explained why he cannot pay the filing fee and costs of service of process using the income and assets available to him. Plaintiff's IFP application will therefore be DENIED.

FILED MAY 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

However, Plaintiff will be given an opportunity to pay the normal $150 filing fee, and if he chooses to do so, he will be allowed to pursue his claims as a non-IFP litigant. If Plaintiff pays the $150 filing fee within twenty (20) days after the date of this Order, the action will be allowed to proceed. If he fails to pay the full amount of the filing fee within the time allowed, it will be recommended that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's IFP Application, (Docket No. 2), is **DENIED;** and

2. Plaintiff shall pay the full filing fee of $150 within twenty (20) days after the date hereof, failing which it will be recommended that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated: May ___, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge