UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

TICHAFA K. MURIMIRWA,

Plaintiff,

v.

FAIRVIEW UNIVERSITY MEDICAL CENTER,

Defendant.

---

Civil 01-764 (PAM/JGL)

**REPORT AND RECOMMENDATION**

Plaintiff commenced this action on May 1, 2001, by filing a complaint and an application seeking leave to proceed in forma pauperis ("IFP"). This Court examined the IFP application, and found that Plaintiff had not adequately demonstrated that he was indigent and could not afford to pay the $150 filing fee prescribed by 28 U.S.C. § 1914(a). Therefore, in an order dated May 7, 2001, (Docket No. 3), Plaintiff's IFP application was denied.

The Court's order informed Plaintiff that although he would not be granted IFP status, he could still maintain this action if he paid the requisite filing fee. Plaintiff was advised that if he intended to pursue his claims in this action as a non-IFP litigant, he would have to pay the full $150 filing fee within twenty days. Plaintiff was further advised that if he did not pay the $150 filing fee within twenty days, it would be recommended that his action be dismissed, without prejudice, for failure to prosecute.

The deadline for paying the filing fee established by the Court's prior order has now passed. To date, however, Plaintiff has not paid his filing fee, nor has he contacted the Court, or communicated with the Court, in any way. Therefore, it is now recommended,

FILED JUN 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

in accordance with the Court's prior order, that Plaintiff be deemed to have abandoned this action, and that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b). See Link v. Wabash Railroad Co., 370 U.S. 626, 630-31 (1962) (recognizing that a federal court has the inherent authority to "manage [its] own affairs so as to achieve the orderly and expeditious disposition of cases").

Based upon the above, and upon all the records and proceedings herein,

IT IS HEREBY RECOMMENDED that:

This action be **DISMISSED WITHOUT PREJUDICE**.

Dated: June 12, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Under D.Minn. LR 72.1(c)(2) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by June 29, 2001, a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections. Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.